**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Operating Engineers Local #49 Health and Welfare Fund and The Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees, | Civil No. 10-4936 (RHK/AJB)<br><br>**ORDER FOR DISMISSAL** |

      Plaintiffs,

vs.

Mann Valley Excavating, Inc. and
Erik P. Paulson, individually,

      Defendants.

---

      Pursuant to the Notice of Voluntary Dismissal (Doc. No. 9), IT IS ORDERED that

this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  February 14, 2011

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge